**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| KEYWUAN MELVIN, #M43392, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:26-cv-00373-SMY |
| | ) | |
| C/O BURGENER | ) | |
| and C/O GOODMAN, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff Keywuan Melvin filed this civil rights action *pro se* pursuant to 42 U.S.C. § 1983 on March 30, 2026 (Doc. 1).  Plaintiff brings claims against Defendants for their alleged failure to protect him from self-harm and their use of excessive force against him at Lawrence Correctional Center.  Because the Complaint was not signed, on March 31, 2026, the Court entered an order requiring Plaintiff to file a properly signed Complaint no later than April 30, 2026.  (Doc. 5).  Plaintiff was warned that failure to file a signed Complaint by this deadline would result in a court order striking the unsigned Complaint and dismissing the case.  The deadline expired at least two weeks ago, and Plaintiff has not filed a signed Complaint or a motion seeking additional time to do so.  The Court will not allow this matter to linger any longer.

Accordingly, the unsigned Complaint (Doc. 1) is hereby **STRICKEN** and this action is **DISMISSED without prejudice** for failure to comply with a court order and/or prosecute his claims herein.  FED. R. CIV. P. 41(b); *see James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005).  Because Plaintiff abandoned his claims before the action was screened under 28 U.S.C. § 1915A, Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. 2) is **TERMINATED**, and the Clerk's Office is **DIRECTED** to take no action to collect the filing fee for this action.  If

1

Plaintiff wishes to pursue his claims, he may file a separate action and file a properly signed

Complaint and Motion for Leave to Proceed *in forma pauperis* or $405.00 filing fee therein.

The Clerk is **DIRECTED** to **CLOSE THIS CASE** and enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED:  May 21, 2026**


_____
**STACI M. YANDLE**
**Chief U.S. District Judge**